AO 442 (Rev. 01/09) Arrest Warrant

FILED
Charlotte
Jan 08 2025
U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

RECEIVED
UNITED STATES MARSHAL
8:16 am, Aug 22 2024
WESTERN NORTH CAROLINA
CHARLOTTE

| | |
|---|---|
| United States of America<br>v.<br>ESTEBAN COPENO MORALES<br>*Defendant* | )<br>)<br>) Case No. 3:24-CR-00165<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ESTEBAN COPENO MORALES
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Illegal reentry by a convicted felon

Date: 08/21/2024

*Issuing officer's signature*

City and state: Charlotte, North Carolina

KATHERINE HORD SIMON, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 12/13/2024, and the person was arrested on *(date)* 1/7/25
at *(city and state)* MONROE, NC

Date: 1/7/25

*Arresting officer's signature*

C. THOMAS DUSM
*Printed name and title*